# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 31, 2006*

[Cite as 07/31/2006 Case Announcements, 2006-Ohio-3863.]

## MOTION AND PROCEDURAL RULINGS

**2006–0617.   Bickers v. W. S. Life Ins. Co., Inc.**
Hamilton App. No. C–040342, 2006-Ohio-572. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that this cause is no longer held for 2004–1739, *Sidenstricker v. Miller Pavement Maintenance, Inc.*, Franklin App. No. 03AP-827, 2004-Ohio-4653, and that the stay of briefing is lifted.

IT IS FURTHER ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Hamilton County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2006–0559.   State ex rel. Basile v. Dublin Suites, Inc.**
Franklin App. No. 05AP–464, 2006-Ohio-1029. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–0787.   State ex rel. Spears v. Indus. Comm.**
Franklin App. No. 05AP–96, 2006-Ohio-1654. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the parties' joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1333.   State ex rel. York Internatl. Corp. v. Indus. Comm.**
Franklin App. No. 04AP–979, 2005-Ohio-3792.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–1358.   State ex rel. Spohn v. Indus. Comm.**
Franklin App. No. 04AP–626, 2005-Ohio-2800.

**2005–2311.   Bedford Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–287.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 1, 2006*

[Cite as 08/01/2006 Case Announcements, 2006-Ohio-3902.]